# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1397. PATRICK KOROMA v. KATTI LANHAM et al.

Patrick Koroma, the plaintiff in the underlying action, filed both an application for discretionary appeal and a direct appeal from the trial court's order denying his motion for default judgment and motion to strike the defendants' special appearance answer and responses to Koroma's discovery requests. However, the order that Koroma seeks to appeal is non-final, which leaves the case pending before the trial court. See *Ware v. Handy Storage*, 222 Ga. App. 339, 339 (474 SE2d 240) (1996) (the denial of a motion for default judgment is an interlocutory ruling which is not directly appealable). This Court, therefore, dismissed Koroma's application for discretionary appeal, noting that Koroma was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to obtain appellate review. See *Koroma v. Lanham*, Application No. A20D0287 (dismissed Feb. 14, 2020). See also OCGA § 5-6-34 (b). For the same reason, we lack jurisdiction over this direct appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); *Ware*, 222 Ga. App. at 339.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  03/31/2020
    *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*